JS-6    O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4236 AHM (JCx) | Date | August 24, 2009 |
|---|---|---|---|
| Title | AMBROSIO v. 7-ELEVEN, INC. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:    Attorneys **NOT** Present for Defendants:

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

The Court having dismissed the claims on which removal was based and the parties having agreed to remand, the case is hereby REMANDED to the Los Angeles Superior Court.

:

Initials of Preparer    se